**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7195**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM RAYMOND TAYLOR,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.   (3:99-cr-00368-REP-AL)

Submitted:  January 18, 2007          Decided:  January 22, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Raymond Taylor, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Raymond Taylor appeals the district court's order denying his motion to compel a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Taylor, No. 3:99-cr-00368-REP-AL (E.D. Va. June 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED